UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 07-272(2)(JNE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | POSITION OF THE UNITED STATES REGARDING SENTENCING |
| CHRISTOPHER ERIK SEPTON, Defendant. | ) | |

The United States, by and through its attorneys, Frank J. Magill, Jr., Acting United States Attorney for the District of Minnesota, and John R. Marti, Assistant United States Attorney, hereby submits this position regarding sentencing.

1. The First Rate Mortgage Group, under the leadership of Edward Septon, and then Chris Septon and Chris Horton, were part of the mortgage fraud epidemic that has swept the country. Chris Septon learned the trade of mortgage fraud from his father. After this apprenticeship, he and Chris Horton assumed primary responsibility for managing this business built completely on fraud. Through an expansive scheme created by his father, Edward Septon, Chris Septon and his associates skimmed substantial profits off a real estate industry that was intoxicated on rapidly appreciating home values. First Rate Mortgage Group’s sales pitch was that they would find financing and homes for borrowers, regardless of the borrowers’ credit worthiness. So long as prices appreciated, First Rate Mortgage Group and Mr. Septon were

guaranteed a ready supply of buyers eager to make quick money, and lenders seeking to generate substantial fees.

2. Chris Septon's substantial abilities were lead astray, in part, based on the guidance of his father. Chris Septon's personal history reflects that he was focused on making easy money and living an easy life. However, when federal agents executed search warrants at First Mortgage Group, Chris Septon assumed responsibility for his role with First Mortgage Group. Over the last three years this matter has been pending, Mr. Septon has continued to be cooperative. Based on this cooperation, the government will file a separate motion.

3. Concerning the sentencing guideline calculations, the government abides by its stipulations in the plea agreement that enhancements for abuse of a position of trust and sophisticated means are not warranted.

Dated: 3/25/08

Respectfully submitted,

FRANK J. MAGILL, JR.
Acting United States Attorney

*s/ John R. Marti*

BY: JOHN R. MARTI
Assistant U.S. Attorney