# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Christopher Erik Septon,<br><br>　　　　Defendant. | NOTICE TO THE COURT OF POSSIBLE RELATED CASE<br><br>Case No.　　07-cr-272(2) |

The undersigned attorney hereby notifies the Court and counsel that the above-captioned case is possibly related to *United States v. Christopher Erik Septon*, No. 25-cr-300.

☐　　Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.

X　　Cases involving the same defendant(s), whether the prior cases are open or closed.

☐　　Cases arising out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed.

☐　　Cases that arise out of the same investigation and have temporal proximity.

☐　　A subsequent case results from cooperation rendered by a defendant or defendants in a previous case whether open or closed.

☐　　The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

☐　　Other _____ .

Dated: August 12, 2025

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew D. Forbes*

　　　　　　　　　　　　　　　　　　　　　　　　Matthew D. Forbes
　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Attorney's Office
　　　　　　　　　　　　　　　　　　　　　　　　　for the District of Minnesota
　　　　　　　　　　　　　　　　　　　　　　　　300 South Fourth Street
　　　　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55415
　　　　　　　　　　　　　　　　　　　　　　　　612-664-5600